# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131066

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY FRANCIS FREEMAN BAUBLITZ,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131066
COA: 263118
Lenawee CC: 81-021336-FY

_____/

      On order of the Court, the application for leave to appeal the February 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

s0918